**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LAKEISHA ROBERTSON, ON BEHALF
OF AND IN INTEREST OF JAMES
ROBERTSON, DECEASED**                                      **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO.:** 3:24-cv-179-DPJ-ASH

**YAZOO COUNTY, MS, AND JAKE SHERIFF IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY
AS FORMER SHERIFF OF YAZOO COUNTY,
AND JOHN DOES 1-5**                                      **DEFENDANTS**

**NOTICE OF REMOVAL**

TO:    Carlos E. Moore                             Robert Coleman
        Carlos Moore Law Group            Circuit Clerk of Yazoo County
        P.O. Box 1487                             P.O. Box 108
        Grenada, MS 38902-1487             Yazoo City, MS 39194
        *Attorney for Plaintiff*

COME NOW Defendants Yazoo County, Mississippi, and Jake Sheriff, by and through counsel, and hereby remove this Cause from the Circuit Court of Yazoo County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division in accordance with *28 U.S.C. §1331* and *28 U.S.C §1441 (b)* and *(c)*, based on federal question jurisdiction.

1. Defendants Yazoo County, Mississippi, and Jake Sheriff set forth the following statement of grounds for removal and attach to this Notice of Removal a copy of all process, pleadings, and orders served upon Defendants in this civil action for the removal of that certain civil action entitled *Lakeisha Robertson, on Behalf Of and In Interest of James Robertson, Deceased versus Yazoo County, MS, and Jake Sheriff in His Individual and Official Capacity as Former Sheriff of Yazoo County, and John Does 1-5,* bearing Cause No. CI24-04 on the docket of the Circuit Court of Yazoo

County, Mississippi, from that Court to the United States District Court for the Southern District of Mississippi, Northern Division. Defendants are not waiving any affirmative defenses, including but not limited to, failure to state a claim and any affirmative defenses as to service, personal jurisdiction, and/or venue.

2. On February 2, 2024, Plaintiff filed this Complaint against the Defendants in the Circuit Court of Yazoo County, Mississippi, under Cause No. CI24-04. Service of process was effective as of February 26, 2024. On March 19, 2024, Plaintiff filed her Amended Complaint, therein – and for the first time – asserting claims arising under 42 U.S.C. §1983.

3. As stated in the Plaintiff's Complaint, Plaintiff is an adult resident citizen of Warren County, Mississippi.

4. Your attention is directed to 28 U.S.C. §1331 and 28 U.S.C. §1441 (b) and (c), under the authority of which this case has been removed on the basis of federal question jurisdiction.

5. The face of the Amended Complaint reveals substantial, disputed questions of federal law, and the allegations contained in Plaintiff's Complaint reveal that the causes of action asserted by Plaintiff present federal questions, that federal rights are an essential element of Plaintiff's cause of action, and such claims could have been brought in the United States District Court in the first instance based on federal question jurisdiction under 28 U.S.C. §1331, said claims and allegations seeking relief under the United States Constitution.

6. Moreover, Plaintiff has not asserted viable state causes of action, since:

(a) Plaintiff has very limited state causes of action, insofar as the Mississippi Tort Claims Act, MISS. CODE ANN. §11-46-1 (1993), et seq., does not recognize official capacity claims for intentional torts and causes of action that Plaintiff wishes to raise against the individual defendant;

Any claims subject to the Mississippi Tort Claims Act are otherwise barred under the mandatory notice, jurisdictional provisions, and statutory exemptions of the Act (including the inmate / jail exemption).  Thus, Plaintiff's claims must be based on federal law;

(b) To the extent that certain of Plaintiff's claims do arise under state law, the involvement of federal law is more than incidental, and the claims asserted by Plaintiff clearly implicate and involve substantial, disputed questions of federal law and federal constitutional and statutory rights; and

(c) The real nature of the claims asserted by Plaintiff in her Complaint are federal, and an analysis of the numerous substantial, disputed federal issues raised in the Complaint is necessary to adjudicate such claims, all of which relate directly to allegations of actionable conduct by state and/or local governmental entities and their law enforcement officers, alleged to have been undertaken under color of state law and allegedly resulting in injuries and damages which transcend concerns of state tort law and take on constitutional proportions.

7. Therefore, in accordance with 28 U.S.C. §1331 and the general removal statute, 28 U.S.C. §1441 (b) and (c), the undersigned Defendants, by and through counsel, remove this action to the United States District Court for the Southern District of Mississippi, Northern Division, on the basis of federal question jurisdiction.  Pursuant to 28 U.S.C. §1446(d) and this notice of removal, you shall proceed no further with said civil action in the Circuit Court of Yazoo County, Mississippi.

          HUNT ROSS & ALLEN
          A Professional Association
          P.O. Box 1196
          Clarksdale, MS 38614
          662-627-5251 (telephone)
          662-627-5254 (facsimile)

By:  /s/ *Jeff Allen*
      R. JEFF ALLEN (MBN 10593)
      ATTORNEY FOR DEFENDANTS
      YAZOO COUNTY, MISSISSIPPI,
      AND JAKE SHERIFF

## CERTIFICATE OF SERVICE

I, R. Jeff Allen, attorney for Yazoo County, Mississippi, and Jake Sheriff, do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court which sent notification of such filing to:

| | |
|---|---|
| Carlos E. Moore | Robert Coleman, Circuit Clerk of |
| Carlos Moore Law Group | Yazoo County |
| P.O. Box 1487 | P.O. Box 108 |
| Grenada, MS 38902-1487 | Yazoo City, MS 39194 |
| *Attorney for Plaintiff* | |

THIS, the 27th day of March, 2024.

          /s/ *Jeff Allen*
          R. JEFF ALLEN